IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lonnie Boston,

    Plaintiff,

  v.                        Case No. 2:18-cv-283

Nationstar Mortgage,
et al.,

    Defendants.

ORDER

This matter is before the Court for consideration of the magistrate judge's April 11, 2018, report and recommendation. The magistrate judge conducted an initial screen of plaintiff's complaint as required by 28 U.S.C. §1915(e)(2) and recommended that the court dismiss this action for failure to state a claim on which relief may be granted.

The report and recommendation specifically advised plaintiff that the failure to object to the report and recommendation within fourteen days of the Report results in a "waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 4 , p. 8. The time period for filing objections to the report and recommendation has expired, and no objections have been filed.

The court has reviewed the report and recommendation and agrees with the report and recommendation. The court hereby adopts the report and recommendation (Doc. 4). This action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a

claim on which relief may be granted. The clerk shall enter final judgment.

Date: April 27, 2018        　　　　s/James L. Graham    
　　　　　　　　　　　　　　James L. Graham
　　　　　　　　　　　　　　United States District Judge